UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 5:06-CR-220-9BO

QUINTON ELANDAS AMOS

On July 8, 2011, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____ day of __October__, 2013.

Terrence W. Boyle
U.S. District Judge